## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:
**SUSANA MARIA DE JESUS MELESIO** )
**ARREGUIN &** )        **Case No. 24-10077**
**JUAN A. LARA,** )        **Chapter 13**
                                              )
                               Debtor(s).     )

**AFFIDAVIT**

SUSANA MARIA DE JESUS MELESIO ARREGUIN
AND JUAN A. LARA

By: */s/ O. Clifton Gooding*
    O. CLIFTON GOODING (OBA #10315)

OF THE FIRM:

THE GOODING LAW FIRM
A Professional Corporation
204 North Robinson Avenue, Suite 1235
Oklahoma City, Oklahoma 73102
405.948.1978 – Telephone
405.948.0864 – Telecopier
cgooding@goodingfirm.com

Attorney for SUSANA MARIA DE JESUS MELESIO
ARREGUIN AND JUAN A. LARA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:

SUSANA MARIA DE JESUS MELESIO )
ARREGUIN                              )      Case No. 24-10077
JUAN A. LARA,                       )      Chapter 13
                                     )
                     Debtor(s).    )

### AFFIDAVIT

STATE OF OKLAHOMA    )
                        ) ss:
COUNTY OF OKLAHOMA  )

     Susana Maria De Jesus Melesio Arreguin and Juan A Lara , individuals, and the Debtors in the above

referenced matter, do upon oath, state as follows:

1.     We are over 18 years of age and in all other ways competent to testify in the matter set forth herein.

2.     We have personal knowledge of the matter set forth herein.

3.     We are not required to file an Oklahoma State Tax Return for the years 2015 to 2022 because we

were not a resident of Oklahoma during this time.  Prior to moving to Oklahoma in July 2022, we resided

in Illinois.

FURTHER AFFIANTS SAYETH NOT.

Dated: 1-16-24     /s/Susana Maria De Jesus Melesio Arreguin
                           Susana Maria De Jesus Melesio Arreguin, Debtor

Dated: 1-16-24     /s/Juan A. Lara
                           Juan A. Lara, Joint Debtor

SUBSCRIBED and SWORN to before me this 16th day of January, 2024.

                                   /s/ Danielle Weller
                                   Notary Public, Comm. # 20014360

My Commission Expires:
11/23/2024

